UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**              CHAPTER 13
Rae L Valdez                            CASE NO. 19-44131-PJS
                                             JUDGE PHILLIP J SHEFFERLY

Debtor                                 /

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and files her objections pursuant to E.D. Mich. LBR 3015-3(a) and opposes confirmation of the Chapter 13 Plan where it does not comply with Bankruptcy Code provisions, 11 U.S.C. §§ 1325, 1322, other applicable provisions of Title 11 Chapter 13 and Local Bankruptcy Rules, as follows:

1. Trustee requires debtor file Schedule C and Statement of Financial Affairs immediately.

2. Trustee requires debtor to remit the 2018 income tax refund to the Trustee immediately.

3. Trustee requests all available post-petition pay stubs in order to verify debtor's income. Trustee requires the pay stubs to be received by the Trustee immediately.

4. The Trustee objects to the failure to provide for several creditors on the Matrix and believes that creditors may not have been adequately advised of the pendency of these proceedings.

**Wherefore,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

Dated: May 10, 2019

OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ MARIA GOTSIS
Krispen S. Carroll (P49817)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                CHAPTER 13
Rae L Valdez                                     CASE NO. 19-44131-PJS
                                                 JUDGE PHILLIP J SHEFFERLY

Debtor_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

BABUT LAW OFFICES PLLC
700 TOWNER STE 1
YPSILANTI, MI 48198-5757

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

Rae L Valdez
722 Church Street
Adrian, MI 49221

May 10, 2019                /s/ Barb Ecclestone
                            BARB ECCLESTONE
                            For the Office of the Chapter 13 Trustee-Detroit
                            719 Griswold Street, Ste 1100
                            Detroit, MI 48226
                            (313) 962-5035
                            notice@det13ksc.com